# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jody E. Osbun                                 Docket No. 7:13-MJ-1032

### Petition for Action on Probation

COMES NOW Nikki Allen, probation officer of the court, presenting a petition for modification of the Judgment of Jody E. Osbun, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S 14-107, Larceny of Government Property, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 5, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant's probation is scheduled to expire on June 4, 2014. The defendant has not paid the court ordered $200.00 fine, $10.00 assessment fee, nor the $2,311.39 in restitution. It is requested that the term of probation be extended for a period of 12 months to expire on June 4, 2015, so that the defendant can pay the court ordered monetary obligations. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows: The term of probation be extended 12 months to expire on June 4, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                     I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt                                 /s/ Nikki Allen
Robert K. Britt                                       Nikki Allen
Senior U.S. Probation Officer                U.S. Probation Officer
                                                  310 Dick Street
                                                  Fayetteville, NC 28301
                                                  Phone: (910) 483-8613
                                                  Executed On: April 21, 2014

### ORDER OF COURT

Considered and ordered this __21__ day of __April__, 2014, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge