# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                          Crim. No. 7:13-MJ-1032-RJ

JODY ERIN OSBUN

    On June 5, 2013, the above named was placed on probation for a period of 12 months. On April 21, 2014, the term of probation was extended 12 months to expire on June 4, 2015. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                                Respectfully submitted,

/s/ Robert K. Britt                                                              /s/ Nikki Allen  
Robert K. Britt                                                                   Nikki Allen  
Senior U.S. Probation Officer                                          Probation Officer

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __31__ day of __October__, 2014.

Robert B. Jones, Jr.  
U.S. Magistrate Judge